AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| LM Insurance Corporation, *an Illinois corporation*,<br>*Plaintiff*<br>v.<br>Coes Roofing of Anderson LLC,<br>*a South Carolina limited liability company*;<br>***Debra Weatherly, *individually*,<br>*Defendant(s)* | Civil Action No.    8-18-cv-3587-TMC |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, LM Insurance Corportion, recover from the defendant, Coes Roofing of Anderson LLC, the amount of five hundred twenty-three thousand, two hundred fifty-two dollars and eighty-one cents ($523,252.81), plus prejudgment interest in the amount of sixty-four thousand, three hundred seventy-four dollars and seventy-four cents ($64, 374.74); plus postjudgment interest at the rate of 2.05 %, along with costs.

■ other: Defendant Debra Weatherly was terminated on February 12, 2019 via granting of Plaintiff's motion [ECF Order #10].

This action was *(check one)*:

■ decided by the Honorable Timothy M. Cain.

Date:   June 11, 2019                                              *CLERK OF COURT*

                                                                   s/L K McAlister, Deputy Clerk

                                                                   *Signature of Clerk or Deputy Clerk*